# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lawrence H Gress, et al.

                            Plaintiff,

v.                                          Case No.: 1:20−cv−04405
                                            Honorable Jorge L. Alonso

Commonwealth Edison Co, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2020:

    MINUTE entry before the Honorable Jorge L. Alonso: Defendant's agreed motion for extension of time to answer, move or otherwise plead [40] is granted in part. Defendant is granted an extension to 10/29/20 to answer, move or otherwise plead in response to complaint. The motion is otherwise denied. Further deadlines to be determined. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.