# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE H. GRESS, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) COMMONWEALTH EDISON COMPANY, ) an Illinois corporation; JOHN DOES 1-100, ) ) Defendants. ) | Case No. 1:20-cv-04405 <br><br> Hon. Jorge L. Alonso |

## MOTION TO WITHDRAW APPEARANCE OF GAYLE E. LITTLETON

Pursuant to Local Rule 83.17, Defendant Commonwealth Edison Company ("ComEd") requests leave to withdraw the appearance of Gayle E. Littleton as counsel for ComEd. In support thereof, ComEd states as follows:

1. On August 24, 2020, Ms. Littleton entered an appearance on behalf of ComEd as a Partner of Jenner & Block LLP.

2. Ms. Littleton is no longer a Partner at Jenner & Block LLP.

3. ComEd will continue to be represented by the undersigned counsel of record from Jenner & Block LLP.

4. Neither party will be prejudiced by the withdrawal of the appearance of Ms. Littleton.

WHEREFORE, ComEd respectfully requests that the Court enter an order granting leave to withdraw the appearance of Gayle E. Littleton as counsel for ComEd.

Dated: November 18, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Terrence J. Truax*
　　　　　　　　　　　　　　　　　　　　　Terrence J. Truax
Matthew E. Price　　　　　　　　　　　　　E. Glenn Rippie
JENNER & BLOCK　　　　　　　　　　　　JENNER & BLOCK LLP
1099 New York Avenue, NW Suite 900　　　　353 N. Clark Street
Washington, DC 20001-4412　　　　　　　　Chicago, IL 60654-3456
Telephone: (202) 639-6000　　　　　　　　　Telephone: (312) 222-9350
Facsimile: (202) 639-6066　　　　　　　　　Facsimile: (312) 527-0484

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Commonwealth Edison Company*

## **CERTIFICATE OF SERVICE**

I, Terrence J. Truax, an attorney, certify that I caused copies of the foregoing **MOTION TO WITHDRAW APPEARANCE OF GAYLE E. LITTLETON** to be served on all counsel of record via the Court's electronic filing system.

/s/ Terrence J. Truax
*Counsel for Defendant Commonwealth Edison Company*