# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE H. GRESS, and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, an Illinois corporation; JOHN DOES 1-100,<br><br>Defendants. | Case No. 1:20-cv-04405<br><br>**MOTION FOR ENTRY OF PRE-TRIAL ORDER** |
| STEVEN BROOKS, DAVID CHAVEZ, and 1540 N. MILWAUKEE LLC d/b/a DSTRKT BAR & GRILL,, for themselves individually and for all class members similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY, d/b/a ComEd and EXELON CORPORATION,<br><br>Defendants. | Case No. 1:20-cv-04555 |
| SOUTH BRANCH LLC, TFO GOLUB BURNHAM LLC, d/b/a THE BURNHAM CENTER, TFO GOLUB IT 2.0 LLC, d/b/a INTERNATIONAL TOWER, and ROCKWELL ON THE RIVER LLC, for themselves individually and for all class members similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH EDISON COMPANY d/b/a ComEd; and EXELON CORPORATION,<br><br>Defendants. | Case No. 1:20-cv-04980 |

2102635.3

| | | |
|---|---|---|
| Jonathan D. Selbin<br>**Lieff, Cabraser, Heimann & Bernstein, LLP**<br>250 Hudson Street,<br>8th Floor<br>New York, NY 10013<br>212.355.9500 | Derek W. Loeser<br>**Keller Rohrback, LLP**<br>1201 Third Avenue,<br>Suite 3200<br>Seattle, WA 98101<br>206.623.1900 | Matthew J. Piers<br>**Hughes Socol Piers Resnick & Dym, Ltd**.<br>70 W. Madison St.,<br>Suite 4000<br>Chicago, IL 60602<br>312.480.0100 |

*Interim Co-Lead Counsel*

| | | |
|---|---|---|
| Laurel G. Bellows<br>**The Bellows Law Group, P.C.**<br>209 South LaSalle,<br>Suite 800<br>Chicago, IL 60604<br>312.332.3340 | Gary M. Klinger<br>**Mason, Lietz & Klinger, LLP**<br>227 W. Monroe Street,<br>Suite 2100<br>Chicago, IL 60606<br>202.975.0477 | Michael I. Leonard<br>**LeonardMeyer, LLP**<br>120 North LaSalle Street,<br>Suite 2000<br>Chicago, IL 60602<br>312.380.6559 |

*Liaison Counsel*

2102635.3

On December 2, 2020, this Court granted the motion by the "Gress-Brooks-South Branch group" to be designated "as interim class counsel" under Federal Rule of Civil Procedure 23(g)(3). Doc. 64. As the Court directed, Interim Class Counsel have agreed upon a leadership structure as well as guidelines for the efficient management of the litigation. Plaintiffs respectfully request that the Court enter a pretrial order formalizing those arrangements. The Proposed Order has been emailed to the Court.

Federal courts, when appointing leadership in complex cases, regularly issue pre-trial orders assigning duties to lead and liaison counsel, and otherwise setting out the Court's expectations for how the litigation will be conducted. *See* Manual for Complex Litigation (4th) § 40.2 (sample case-management orders). A similar order was issued by Judge Gottschall in *In re: Navistar Maxxforce Engines Mktg., Sales Practices and Prods. Liab. Litig.*, No. 14-10318, Doc. 27 (N.D. Ill. Mar. 15, 2015), and is attached as **Exhibit A**. In Interim Class Counsel's experience, such orders are useful in setting out ex ante the authority and duties of appointed counsel, and concrete procedures and expectations for the work done on the case, and the time and costs to be submitted in any fee petition.

The Proposed Order would do the following:

1. Designate the leadership structure and make clear the duties and responsibilities of Co-Lead Counsel, Liaison Counsel, and the Executive Committee to maximize litigating this action effectively and efficiently;

2. Set forth guidelines for fee and expense allocation in order to ensure that all proposed fees and costs are accurate and reasonable; and

3. Adopt case management protocols for Interim Co-Lead Counsel regarding the management of case-staffing, timekeeping, cost reimbursement, and related common benefit

issues in order to ensure the balance of efficient management of this multi-district litigation with the need to maintain quality and thoroughness in prosecuting this case.

Interim Class Counsel consulted with counsel for Defendants, who stated that Defendants take no position on this motion.

For all of the foregoing reasons, Plaintiffs respectfully request that the Court enter Plaintiffs' Proposed Pre-Trial Order Regarding Structure and Responsibilities of Interim Class Counsel and Guidelines for the Efficient Management of Litigation.

December 22, 2020

Respectfully submitted,

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin

*/s/ Derek W. Loeser*
Derek W. Loeser

*/s/ Matthew J. Piers*
Matthew J. Piers

**Interim Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

  I certify that on December 22, 2020, I served the foregoing document via ECF to all parties of record.

                          */s/ Andrew R. Kaufman*