**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE H. GRESS, and on behalf of himself and others similarly situated, | Case No. 1:20-cv-04405 |
| Plaintiff, | |
| v. | Hon. Jorge L. Alonso |
| COMMONWEALTH EDISON COMPANY, an Illinois corporation; and EXELON CORPORATION, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |
| | |
| STEVEN BROOKS, DAVID CHAVEZ, 1540 N. MILWAUKEE LLC d/b/a DSTRKT BAR & GRILL, and CARMICHAEL LEASING CO., INC., for themselves individually and for all class members similarly situated, | Case No. 1:20-cv-04555 |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH EDISON COMPANY, d/b/a ComEd and EXELON CORPORATION, Defendants. | |
| | |
| SOUTH BRANCH LLC, TFO GOLUB BURNHAM LLC, d/b/a THE BURNHAM CENTER, TFO GOLUB IT 2.0 LLC, d/b/a INTERNATIONAL TOWER, and ROCKWELL ON THE RIVER LLC, for themselves individually and for all class members similarly situated, | Case No. 1:20-cv-04980 |
| Plaintiffs, | |
| v. | |
| COMMONWEALTH EDISON COMPANY d/b/a ComEd; and EXELON CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| CITIZENS UTILITY BOARD,<br><br>   Plaintiff,<br><br> v.<br><br>COMMONWEALTH EDISON COMPANY,<br>an Illinois corporation,<br><br>   Defendant. | Case No. 1:20-cv-04405 |

**DEFENDANTS COMMONWEALTH EDISON COMPANY
AND EXELON CORPORATION'S MOTION TO DISMISS CLASS PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT AND CITIZENS UTILITY BOARD'S
<u>COMPLAINT</u>**

For the reasons provided in the accompanying memorandum of law, Defendants Commonwealth Edison Company and Exelon Corporation, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Court to dismiss Class Plaintiffs' Consolidated Class Action Complaint, Dkt. 75, and Citizens Utility Board's Complaint, Dkt. 76, with prejudice.

Dated: February 4, 2021                               Respectfully submitted,

/s/ *Terrence J. Truax*

Matthew E. Price                                      Terrence J. Truax
JENNER & BLOCK LLP                                    Nicole Allen
1099 New York Ave. NW Suite 900                       E. Glenn Rippie
Washington, DC 20001                                  Ali I. Alsarraf
(202) 639-6873                                        JENNER & BLOCK LLP
mprice@jenner.com                                     353 N. Clark Street
                                                      Chicago, IL  60654-3456
                                                      (312) 222-9350
                                                      ttruax@jenner.com
                                                      nallen@jenner.com
                                                      grippie@jenner.com
                                                      aalsarraf@jenner.com

*Counsel for Defendants*
*Commonwealth Edison Company and*
*Exelon Corporation*

**CERTIFICATE OF SERVICE**

I, Terrence J. Truax, an attorney, certify that I caused copies of the foregoing **Defendants Commonwealth Edison Company and Exelon Corporation's Motion To Dismiss Class Plaintiffs' Consolidated Class Action Complaint and Citizens Utility Board's Complaint** to be served on all counsel of record via the Court's electronic filing system.

*/s/ Terrence J. Truax*

*Counsel for Defendants Commonwealth Edison Company and Exelon Corporation*