# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Lawrence H Gress,

Plaintiff(s),

v.

Commonwealth Edison Co,

Defendant(s).

Case No. 20 C 4405

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court grants defendants' motion [84] to dismiss. Plaintiffs' Count I is dismissed with prejudice. The Court relinquishes jurisdiction over plaintiffs' Counts II, III and IV, which are dismissed without prejudice. Intervenor Citizens Utility Board's Counts I and II are dismissed with prejudice. The Court relinquishes jurisdiction over intervenor Citizens Utility Board's Counts III and IV, which are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso.

Date: 9/13/2021

Thomas G. Bruton, Clerk of Court

Lesley Fairley, Deputy Clerk